THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* DANIEL KREISBERG, JOSEPH MURPHY, ANTHONY MARINO and FRANK PASQUA, Appellants.

(Argued March 5, 1934; decided April 17, 1934.)

*Julius S. Berg* and *Robert A. Dillon* for Daniel Kreisberg, appellant.

*Morris Permut* and *Luke J. Le Rolle* for Joseph Murphy, appellant.

*Francis X. Mancuso* and *J. W. Friedman* for Anthony Marino, appellant.

*Harry G. Anderson, Samuel S. Leibowitz* and *Joseph H. Stein* for Frank Pasqua, appellant.

*Samuel J. Foley, District Attorney* (*Sol. Boneparth, Herman J. Fliederblum* and *Arthur G. Carney* of counsel), for respondent.

Judgment of conviction of each defendant affirmed; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: KELLOGG, J.